The affidavit to appeal in forma pauperis is fatally defective, as it omits the averment that it is "made in good faith," which is required by the Code, sec. 1235. The appeal must be dismissed as a matter of right, not of discretion. S. v. Harris, 114 N.C. 830; S. v. Rhodes, 112 N.C. 856;S. v. Jackson, ib., 849; S. v. Shoulders, 111 N.C. 637; S. v. Wylde,110 N.C. 500; S. v. Tow, 103 N.C. 350; S. v. Moore, 93 N.C. 500; S. v.Payne, ib., 612; S. v. Jones, ib., 617; S. v. Morgan, 77 N.C. 510; S. v.Divine, 69 N.C. 390.
Appeal dismissed.
Cited: S. v. Atkinson, 141 N.C. 735; S. v. Keebler, 145 N.C. 562;Honeycutt v. Watkins, 151 N.C. 653; S. v. Parish, ib., 659; S. v. Smith,152 N.C. 842; S. v. DeVane, 166 N.C. 283.
(604)